## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 08-4752 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| MICHAEL B. SMUCK, | * | MAG "4" |
| MBS REALTY INVESTORS, LTD., A | * | |
| LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, A/K/A MBS REALTY | * | |
| INVESTORS, LTD., A LOUISIANA LIMITED | * | |
| PARTNERSHIP, EDWIN A. WHITE, ED | * | |
| WHITE AND ASSOCIATES, INC., ED | * | |
| WHITE & ASSOCIATES, L.L.C., AND | * | |
| FRANJAN PARTNERS, LP, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Agreed Motion to Continue Trial Date filed by PNC Bank, National Association in the above-captioned matter;

**IT IS HEREBY ORDERED** that the trial of this matter be, and hereby is, continued. The parties are ordered to participate in a telephone scheduling conference on July 13, 2010, at 11:00 a.m. to select a new trial date and applicable deadlines.  The Court will initiate the call.

New Orleans, Louisiana, this  29th  day of June, 2010.

_____
United States District Judge